IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>JAMES PANKAU & JANESE MORRIS,<br><br>  Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW INC.,<br><br>  Defendant. | MDL: No. 2775<br>Master Docket No. 1-17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>**DIRECT-FILED SHORT FORM COMPLAINT**<br>**PURSUANT TO CASE MANAGEMENT ORDER NO. 5**<br><br>Civil Action No.: _____ |

## SHORT FORM COMPLAINT

1. Plaintiffs, James Pankau & Janese Morris, state and bring this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation.* Plaintiffs are filing this Direct-Filed Short Form Complaint pursuant to CMO No. 5, entered by this Court.

### PARTIES, JURISDICTION AND VENUE

2. Plaintiff James Pankau is a resident and citizen of Honolulu County, Hawaii and claims damages as set forth below.

3. Plaintiff's spouse, Janese Morris, is a resident and citizen of Honolulu County, Hawaii and claims damages as set forth below.

4. Federal jurisdiction is proper based on diversity of citizenship.

5. Plaintiff James Pankau's initial RIGHT BHR implant surgery took place in the United Kingdom (Cambridge) while he was serving in the United States Air Force.

6. The Federal District in which Plaintiff's revision surgery took place: District of Hawaii.

7. Plaintiff James Pankau brings this action:
   __X__ On behalf of himself;

## FACTUAL ALLEGATIONS

8. On or about June 12, 2014, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's RIGHT hip.

9. Plaintiff's RIGHT BHR implant surgery was performed at Spire Cambridge Lea Hospital, Cambridge, UK, by Alastair Vince, FRCS.

10. Plaintiff underwent a medically-indicated revision of the RIGHT BHR hip implant on or about November 2, 2020.

11. Plaintiff's revision surgery was performed by Jeffrey Harpstrite, M.D. at The Queen's Medical Center, Honolulu, Hawaii.

12. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: progressive pain and elevated chromium and cobalt levels from failed right hip resurfacing arthroplasty, consistent with metal-on-metal wear. Dr. Harpstrite recommended and performed a revision of the right hip resurfacing arthroplasty. His surgical findings confirmed the presence of fluid in the joint and soft tissue erosion, and that the failed Birmingham right hip resurfacing arthroplasty resulted from metal-on-metal wear and metal reaction.

13. Plaintiffs adopt the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017 and all amendments to the MACC.

## ALLEGATIONS AS TO INJURIES

14. (a) Plaintiff James Pankau claims damages as result of (check all that are applicable):

| | |
|---|---|
| __X__ | INJURY TO HIMSELF |
| _____ | INJURY TO THE PERSON REPRESENTED |
| _____ | WRONGFUL DEATH |
| _____ | SURVIVORSHIP ACTION |
| __X__ | ECONOMIC LOSS |

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

| | |
|---|---|
| __X__ | LOSS OF SERVICES |
| __X__ | LOSS OF CONSORTIUM |

15. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OR RECOVERY

16. The following claims and allegations are asserted by Plaintiffs and are herein adopted by reference under the laws of the following state (check all that are applicable).

__X__  COUNT I (Strict products liability) (Hawaii)

__X__  COUNT III (Strict products liability failure to warn) (Hawaii)

__X__  COUNT IV (negligent failure to warn) (Hawaii)

__X__  COUNT V (negligent misrepresentation) (Hawaii)

__X__  COUNT VI (negligence per se) (Hawaii)

____X____ COUNT VII (breach of express warranties) (Hawaii)

____X____ COUNT VIII (manufacturing defect) (Hawaii)

____X____ COUNT IX (punitive damages) (Hawaii)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment against Defendant as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and

7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a trial by jury as to all claims to Complaint so triable.

Dated: November 15, 2021                                Respectfully submitted,

                                                                                                 **/s/   George G. Tankard**
George G. Tankard, III
YOST LEGAL GROUP
341 North Calvert Street
Suite 100
Baltimore, MD 21202
Telephone:  410-659-6800
Facsimile:  410-727-4556
Gtankard@yostlaw.com
Bar Identification No.: 03835
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned herby certifies that on the 15th day of November, 2021, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by email to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                          **/s/    George G. Tankard**
                                          George G. Tankard, III